## CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Crown Supply Co.

v.

Politics, Inc., et al.

### August 10, 1990

### Case No. (Law) 11031

### By JUDGE ALFRED D. SWERSKY

The question before the Court is whether or not this Court, in a garnishment proceeding, has the authority to "pierce the corporate veil" so as to subject the property of a non-party corporation to the lien of a judgment rendered against an individual defendant in this case.

The garnishment statutes (§ 8.01-511, *et seq.*) do not authorize such a proceeding, and the piercing of the corporate veil is an equitable proceeding (see this Court's opinion in *Dutterer, Inc. v. Gross*, Chancery No. 18640) requiring the filing of an appropriate Bill of Complaint.

Unless there are further garnishment proceedings, the garnishment will be dismissed.